IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 27 2001

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| MICHAEL GARY ACCOMANDO, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-00-2070-T |
| BROCE CONSTRUCTION COMPANY, INC. AND JUDY HOWARD, | ) |
| Defendants. | ) |

DOCKETED

## ADMINISTRATIVE CLOSING ORDER

This action having been stayed, it is ordered that the Clerk administratively terminate it in his records without prejudice to the rights of parties to reopen the case to obtain a final determination. If by February 11, 2001, the parties have not reopened for the purpose of obtaining such a final determination or requested an extension of the administrative closing order, this action will be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 27 day of September 2001.

_____
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON
9-27-01

19